**Brent A. ROBINSON, Plaintiff—
Appellant,**

v.

**State of NORTH CAROLINA; Rick
Jackson, Defendants—
Appellees.**

No. 06–6555.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2006.

Decided: June 1, 2006.

Brent A. Robinson, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brent A. Robinson appeals the district court's order dismissing his civil action filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Robinson v. North Carolina,* No. 3:06–cv–000132, 2006 WL 753165 (W.D.N.C. Mar. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*